Certificate Number: 11546-TXN-CC-017008125


11546-TXN-CC-017008125

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 5, 2012</u>, at <u>11:36</u> o'clock <u>AM CST</u>, <u>Matthew Carson</u> received from <u>The Mesquite Group, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Texas</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by telephone</u>.

Date:  <u>January 5, 2012</u>          By:    <u>/s/Meghan Williams for Donna Kerington</u>

                                       Name:  <u>Donna Kerington</u>

                                       Title:  <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).