[ 02799 ] INTERCERAMIC INC / **ALLDEPTS**

Main Menu | Help | Logout

Current Year: **2012**  Current Server Time: **Jan 09, 2012 11:59:41 AM**

Employee Management | Payroll | Time Management | Reports
Client Group | User Options

Export To PDF >

## Earnings Statement                              MATTHEW CARSON

Period Ending: 12/30/2011

Pay Date: 12/30/2011    Emp#: A09J    Dept: 101-30    Fed: S/1    State: /0

| **Earnings** | Rate | Hours | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | 12.44 | 37.67 | 468.61 | 23519.09 |
| Overtime | | | 0.00 | 609.86 |
| Paid Time Off - ITS/DC | 12.44 | 33.00 | 410.52 | 984.60 |
| Holiday | 12.44 | 16.00 | 199.04 | 685.12 |
| **Gross Pay** | | | **1078.17** | **25798.67** |
| **W/H Taxes** | | | | |
| Federal W/H | | | 107.77 | 2574.82 |
| Medicare | | | 15.63 | 374.08 |
| Social Security | | | 45.28 | 1083.54 |
| **Deductions** | | | | |
| Child Support 1 | | | 172.23 | 4133.52 |
| **Net Pay** | | | **737.26** | **17632.71** |

Voucher No.: 1878072

**Net Pay Distribution**

Direct Deposit Net Check    737.26    17632.71    A/C:4034

| **Employee Benefits** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Paid Time Off - ITS/DC Hours | 5.00 | 160.00 | 81.00 | 79.00 |

**Voucher No.: 1878072**

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***    DATE: **12/30/2011**

| Net Pay: | $ 737.26 |
|---|---|
| Seven Hundred Thirty Seven And 26/100 Dollars | |

MATTHEW CARSON
2768 FRANKLIN DR
#1416
MESQUITE, TX 75150

INTERCERAMIC INC
2333 S JUPITER RD
GARLAND, TX
750416007

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

&lt;&lt; CONTINUE

Copyright © 1999-2011 PAYCOM, Oklahoma City ®, All Rights Reserved.