BTXN 176 (rev. 12/10)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Matthew S. Carson | §<br>§<br>§ | Case No.: 12–30233–bjh7<br>Chapter No.: 7 |
| Debtor(s) | § | |

# NOTICE OF REQUIREMENT TO FILE A STATEMENT OF COMPLETION OF COURSE IN PERSONAL FINANCIAL MANAGEMENT
## (Official Form 23)

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. § 727) . Pursuant to Rule 1007(b)(7) of the Rules of Bankruptcy Procedure, the debtor(s) must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23)* as described in 11 U.S.C. § 111.

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that Official Form 23 must be filed before a discharge can be entered. Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must file Official Form 23 within 60 days after the first date set for the meeting of creditors under § 341. Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 23, the debtor(s) must pay the full reopening fee due for filing the motion.

DATED: 1/16/12                         FOR THE COURT:
                                       Tawana C. Marshall, Clerk of Court

*NOTE: Official Form 23 (Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management) must be filed in all individual chapter 13 and chapter 7 cases even if the U.S. Trustee has not approved any credit counseling agency or financial management course for the applicable district. See Rule 1007(b)(7).

United States Bankruptcy Court
Northern District of Texas

In re:                                                                          Case No. 12-30233-bjh
Matthew S. Carson                                                               Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0539-3        User: admin           Page 1 of 2            Date Rcvd: Jan 17, 2012
                            Form ID: BTXN176      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2012.
db           +Matthew S. Carson,    2769 Franklin Dr. #1416,    Mesquite, TX 75150-4879

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 19, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0539-3           User: admin              Page 2 of 2              Date Rcvd: Jan 17, 2012
                               Form ID: BTXN176         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2012 at the address(es) listed below:
        Eric A. Liepins    on behalf of Debtor Matthew Carson eric@ealpc.com,   martha@ealpc.com
        Scott M. Seidel    scott.seidel@earthlink.net,
         sseidel@ecf.epiqsystems.com;susan.seidel@earthlink.net
        UST  U.S. Trustee    ustpregion06.da.ecf@usdoj.gov,   albert.loftus@usdoj.gov
        TOTAL: 3

Case 12-30233-bjh7    Doc 8    Filed 01/19/12    Entered 01/20/12 00:18:05    Desc Imaged
Certificate of Notice    Page 3 of 3