Certificate Number: 11546-TXN-DE-017198976

Bankruptcy Case Number: 12-30233



11546-TXN-DE-017198976

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 28, 2012, at 12:23 o'clock PM CST, Matthew Carson completed a course on personal financial management given by telephone by The Mesquite Group, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date: January 28, 2012

By: /s/Lori Milhizer for Debra DeCastro

Name: Debra DeCastro

Title: Counselor